UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ERWIN GAA,

                Plaintiff,                Case No. 1:25-cv-11908

v.

DANIEL GILBERT, *et al.*,                Honorable Thomas L. Ludington
                                                                  United States District Judge

                Defendant.
_____/

## ORDER OF VOLUNTARY DISMISSAL

On June 24, 2025, Plaintiff Erwin Gaa filed a derivative securities suit against Rocket Companies, Inc. and several of its executives. ECF No. 1. But, nearly one month later, Plaintiff filed a notice voluntarily dismissing his claims without prejudice. ECF No. 7.

Accordingly, it is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**.

**This is a final order and closes the above-captioned case.**

Dated: July 30, 2025                                      s/Thomas L. Ludington
                                                                THOMAS L. LUDINGTON
                                                                 United States District Judge